Case 2:19-cv-01916-JAM-CKD   Document 3   Filed 09/20/19   Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE    October 8, 2019 |
|---|---|
| NAME OF SERVER *(PRINT)*  Adam M. Koss | TITLE  Attorney for Plaintiffs Donna Rae King and Gordon King |

*Check one box below to indicate appropriate method of service*

### Service on Defendant Kingsley Charles:

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☒ Other (specify) :  Pursuant to FRCP 4(e)(1) and California Code of Civil Procedure section 415.40. A copy of the executed return receipt is attached hereto.
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL    0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____November 15, 2019_____      _____
　　　　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

1730 S. Amphlett Blvd., Ste. 202, San Mateo, CA 94402
_____
*Address of Server*

Case 2:19-cv-01916-JAM-CKD   Document 5   Filed 11/15/19   Page 2 of 2

PLACE STICKER AT TOP OF

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kingsley Charles
The Wealthy CEO
260 1st Avenue S, Ste 200-130
St. Petersburg, FL 33701

9590 9402 4887 9032 0669 06

2. Article Number

7018 3090 0001 2250 6772

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
10-11-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt