Peter C. Catalanotti (SBN 230743)
peter.catalanotti@wilsonelser.com
Michael V. Shepherd (SBN 313406)
michael.shepherd@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street—17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
NMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON KING, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO PRESERVATION, LLC, NMS, INC., ET AL. <br><br> Defendants. | Case No.: 19CV-01916-JAM-CKD <br><br> Judge: John A. Mendez <br> Courtroom: 6 <br><br> Action Filed: September 20, 2019 <br><br> [~~PROPOSED~~] *jam* ORDER GRANTING DEFENDANT NMS INC.'S MOTION FOR GOOD FAITH DETERMINATION <br><br> Date: July 14, 2020 <br> Time: 1:30 P.M. <br><br> Trial Date: February 20, 2021 |

///
///
///
///
///
///
///
///

---

[PROPOSED] ORDER GRANTING DEFENDANT NMS INC.'S MOTION FOR GOOD FAITH DETERMINATION

The Motion of Defendant NMS, Inc. for an order determining the good faith of a settlement between Plaintiffs Gordon and Donna Rae King and Defendant NMS, Inc. came before the above-captioned Court on July 14, 2020.

Have considered any and all papers submitted on this Motion; the Court finds that the settlement reached between Plaintiffs Gordon and Donna Rae King and NMS, Inc. was made in good faith within the meaning and effect of Code of Civil Procedure § 877.6.

IT IS SO ORDERED.

Dated: July 13, 2020

By: _____
Hon. John A. Mendez
Judge of the United States District Court