UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON KING, et al., | No. 2:19-cv-01916 JAM CKD |
| Plaintiffs, | |
| v. | ORDER |
| PORTFOLIO PRESERVATION, LLC, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On February 22, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) That time period has passed and no party has filed objections. Plaintiff has filed a response to the magistrate judge's order to explain the status of defendant Aegis and how plaintiff wishes to proceed. (ECF No. 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this matter. The court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 22, 2021, are adopted in full;
2. Plaintiff Donna Rae King's Motion for Default Judgment (ECF No. 23) is Granted;
3. The Clerk shall enter judgment in plaintiff's favor and against defendant Charles;
4. Plaintiff is awarded damages in the amount of $2,121,675.05;
5. Plaintiff is awarded attorneys' fees and costs in the amount of $11,063.05;
6. Since there are no remaining served or appearing defendants, the June 11, 2021 trial date and related pre-trial deadlines are vacated;
7. Good cause shown, plaintiff's request to serve defendants Portfolio Preservation, LLC, dba Aegis Shield and Aegis American Risk Management Group, LLC, by hand to the California Secretary of State pursuant to California Corporations Code section 17701.16(c) (ECF No. 27) is Granted; and
8. Good cause shown, the prohibition in the court's December 23, 2019 scheduling order on further service of defendants without leave of court (ECF No. 10) is lifted as to defendants Portfolio Preservation, LLC, dba Aegis Shield and Aegis American Risk Management Group, LLC.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE