Adam M. Koss - 245465
akoss@kossfirm.com
Catherine E. Koss – 244857
ckoss@kossfirm.com
KOSS FIRM APC
1600 S. Main Street, Suite 285
Walnut Creek, CA 94596
Telephone: (925) 393-7875
Facsimile: (925) 393-7876

Attorneys for Plaintiff DONNA RAE KING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON KING and DONNA RAE KING,<br><br>　　Plaintiffs,<br><br>v.<br><br>PORTFOLIO PRESERVATION, LLC dba AEGIS SHIELD, AEGIS AMERICAN RISK MANAGEMENT GROUP, LLC, KINGSLEY CHARLES, NMS INC., and DOES 1 through 50, inclusive,<br><br>　　Defendants | Case No. 2:19-CV-01916-JAM-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT JUDGMENT AND ORDER** |

　　The Parties, through their undersigned counsel of record, hereby AGREE and STIPULATE as follows:

　　1.　　WHEREAS, a default judgment was entered in favor or Plaintiffs GORDON KING and DONNA RAE KING and against Defendant KINGSLEY CHARLES on April 27, 2021;

　　2.　　WHEREAS, on May 24, 2021, Defendant KINGSLEY CHARLES, through counsel, filed a motion for relief from that default judgment, pursuant to Federal Rule of Civil Procedure 55(c);

　　3.　　WHEREAS, in the motion for relief from default, Defendant KINGSLEY CHARLES declared that he never received service of the complaint or any default proceedings;

　　4.　　WHEREAS, the Parties wish to avoid the unnecessary expense and time of litigating the motion for relief from default; and

5. WHEREAS, the undersigned counsel for Defendant KINGSLEY CHARLES has agreed to accept service of the Complaint and a request for waiver of service has been sent to counsel as of this date.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The Default Judgment against Defendant KINGSLEY CHARLES, entered April 27, 2021, shall be lifted;

2. The motion for relief from default and for dismissal shall be taken off calendar as moot; and

5. Within 30 days of the date of entry of the filing of Defendant KINGLSEY CHARLES' responsive pleading, the parties shall have a conference under Rule of Civil Procedure 26(f) and will prepare and submit a joint status report.

DATED: June 28, 2021

                        KOSS FIRM APC

By       /s Adam M. Koss      
    Adam M. Koss
    Attorney for Plaintiff DONNA RAE KING

DATED: June 28, 2021

                        AKERMAN LLP

By       /s Joshua Mandell      
    Joshua Mandell
    Attorney for Defendant KINGSLEY CHARLES

IT IS SO ORDERED

DATED: June 28, 2021         /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE