UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| King, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Portfolio Preservation, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-1916-JAM-CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $2,001,273.58 and attorneys' fees in the amount of $12,105.35 is hereby ENTERED against defendants:

Portfolio Preservation, LLC dba Aegis Shield
Aegis American Risk Management Group

January 03, 2022　　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  H. Huang, Deputy Clerk